■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY JACKSON, Appellant

We have reviewed the record and agree with the defen-

dant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.